UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>    Plaintiff, | Case No. 1:25-cr-105-3<br>Litkovitz, M.J. |
| vs. | |
| COLE TUCKER WATSON,<br>    Defendant. | **ORDER RECALLING**<br>**ARREST WARRANT** |

The defendant appeared for an initial appearance on indictment on October 28, 2025 before the undersigned Magistrate Judge.   Therefore, the Court **RECALLS** and **VACATES** the October 22, 2025 arrest warrant (Doc. 20) issued in this case.

**IT IS SO ORDERED**.

Date:  10/28/2025

Karen L. Litkovitz
United States Magistrate Judge